

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

Office of the Warden

2425 South 200th Street
P.O. Box 13901
Seattle, Washington 98198-1091

August 24, 2023

Honorable Edward B. Atkins
U.S. Magistrate Judge
101 Barr Street
Lexington, KY 40507

RE: Hall, Christopher
    Reg. No.: 67520-510
    Case No.: 7:23-cr-12-DCR

Dear Judge Atkins:

In accordance with your court order dated July 18, 2023, Mr. Hall was committed to the Federal Detention Center, SeaTac, Washington (FDC SeaTac), for a period of study to determine his mental competency and criminal responsibility.

The defendant arrived at FDC SeaTac on August 10, 2023, for his 45-day evaluation. Due to the upcoming leave schedule of the assigned psychologist and the current heavy caseload, we are requesting a 30-day extension. If you concur, the evaluation period will end on October 24, 2023, and the report will be submitted afterwards as soon as practicable. If the Court has questions or comments regarding the evaluation, please contact Ryan Nybo, Ph.D., Forensic Unit Psychologist, at (206) 870-5722.

Sincerely,

Howard C. Barron, Jr
Warden

cc: Justin E. Blankenship, AUSA
    Richard A. Hughes, Defense Attorney